UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,       )<br>)<br>)<br>*Plaintiff,*       )<br>v.                              )<br>)<br>SRA INTERNATIONAL, INC., *et al.*,       )<br>)<br>*Defendants.*       ) | Case No. 1:11cv447 |

## ORDER

This matter comes before the court on the Defendant's Emergency Motion to Continue Hearing (Dkt. No. 9). Upon consideration of the motion and accompanying memoranda of the parties, and for good cause shown, the Motion to Continue the hearing (Dkt. No. 9) is hereby GRANTED. Accordingly, the hearing currently set on May 6, 2011 regarding Plaintiff's Emergency Motion for Expedited Discovery and to set a time for preliminary injunction and proposed schedule (Dkt. Nos. 2, 3), is hereby CONTINUED to May 20, 2011 at 10:00 am. IT IS SO ORDERED.

May 3, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge