UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)  No. 1:11cv447<br>)  (LO/TRJ)<br>)<br>)<br>)<br>) |

## SRA DEFENDANTS' MOTION TO STAY
## PENDING RESOLUTION OF FIRST-FILED ACTION

SRA International, Inc., Dr. Ernst Volgenau, John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, Dr. Gail R. Wilensky, Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc. (collectively, "Defendants") move to stay this action in favor of the first-filed action now pending in the Delaware Court of Chancery, *Southeast Pennsylvania Transit Authority v. Ernst Volgenau, et al.*, C.A. No. 6354-VCL (Del. Ch. filed Apr. 7, 2011). Defendants also are moving for a conference between this Court and Vice Chancellor Noble of the Delaware Court of Chancery to discuss which of the two lawsuits—this action or the Delaware action—should proceed and which should be stayed. The grounds for granting this relief are stated with particularity in the accompanying brief.

Plaintiff advised Defendants that he would not consent to this motion.

Defendants Dr. Ernst Volgenau, Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc. have advised that they will join in this motion.

K&E 18967075.1

Date: May 5th, 2011	Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL	(703) 549-5354
FAX	(703) 549-2604
EMAIL craig.reilly@ccreillylaw.com

*Counsel for SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail R. Wilensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of May 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record or by email (*):

| | |
|---|---|
| Steven B. Gould<br>Jesse D. Stein<br>BROWN & GOULD, LLP<br>7700 Old Georgetown Rd.<br>Suite 500<br>Bethesda, MD 20814<br>*Counsel for Plaintiff* | Maeve O'Connor *<br>moconnor@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>STUART A. DAVIDSON<br>CULLIN A. O'BRIEN<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>*Counsel for Plaintiff* | John C. Millian *<br>jmillian@gibsondunn.com<br>GIBSON DUNN & CRUTCHER<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>*Counsel for Defendant Dr. Ernst Volgenau* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>RANDALL J. BARON<br>A. RICK ATWOOD, JR.<br>DAVID T. WISSBROECKER<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Counsel for Plaintiff* | JOHNSON BOTTINI, LLP*<br>FRANK A. BOTTINI<br>501 W. BROADWAY, SUITE 1720<br>SAN DIEGO, CA 92101<br>*Counsel for Plaintiff* |

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*