UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| *v.* | )    No. 1:11cv447 )    (LO/TRJ) |
| SRA INTERNATIONAL, INC., *et al.*, | ) ) |
| *Defendants*. | ) ) ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 20, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant SRA International, Inc. ("SRA") and certain individual defendants,[1] will present oral argument in support of their motion to stay this action in favor of a first-filed action pending in another court.

Dated: May 5, 2011                 Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL    (703) 549-5354
FAX    (703) 549-2604
EMAIL craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc.,*
*John W. Barter, Larry R. Ellis, Miles R. Gilburne,*
*W. Robert Grafton, William T. Keevan, Michael R.*
*Klein, Dr. Stanton D. Sloane, and Dr. Gail*
*Walensky*

---

[1]  This motion is filed on behalf of defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail R. Wilensky.  Defendants Dr. Ernst Volgenau, Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc. also support this motion.

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

<u>**CERTIFICATE OF SERVICE**</u>

       I hereby certify that on this <u>5th</u> day of May 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record or by email (*):

Steven B. Gould
Jesse D. Stein
BROWN & GOULD, LLP
7700 Old Georgetown Rd.
Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

Maeve O'Connor *
moconnor@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

John C. Millian *
jmillian@gibsondunn.com
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Counsel for Defendant Dr. Ernst Volgenau*

JOHNSON BOTTINI, LLP*
FRANK A. BOTTINI
501 W. BROADWAY, SUITE 1720
SAN DIEGO, CA 92101
*Counsel for Plaintiff*

      /s/ Craig C. Reilly
      Craig C. Reilly VSB # 20942
      111 Oronoco Street
      Alexandria, Virginia 22314
      TEL:   (703) 549-5354
      FAX:   (703) 549-2604
      EMAIL: craig.reilly@ccreillylaw.com
      *Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*

3