UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>*Plaintiff*, )<br>*v.* )<br>)<br>SRA INTERNATIONAL, INC., *et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:11cv447<br>(LO/TRJ) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, May 20, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant SRA International, Inc. ("SRA") and certain individual defendants,[1] will present oral argument in support of their motion respectfully requesting that this Court confer with Vice Chancellor Noble of the Delaware Court of Chancery.

Dated: May 5, 2011

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL   (703) 549-5354
FAX   (703) 549-2604
EMAIL craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc.,*
*John W. Barter, Larry R. Ellis, Miles R. Gilburne,*
*W. Robert Grafton, William T. Keevan, Michael R.*

---

[1] This motion is filed on behalf of defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail R. Wilensky. Defendants Dr. Ernst Volgenau, Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc. also support this motion.

                                    *Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

**CERTIFICATE OF SERVICE**

      I hereby certify that on this <u>5th</u> day of May 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record or by email (*):

| | |
|---|---|
| Steven B. Gould<br>Jesse D. Stein<br>BROWN & GOULD, LLP<br>7700 Old Georgetown Rd.<br>Suite 500<br>Bethesda, MD 20814<br>*Counsel for Plaintiff* | Maeve O'Connor *<br>moconnor@debevoise.com<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>STUART A. DAVIDSON<br>CULLIN A. O'BRIEN<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>*Counsel for Plaintiff* | John C. Millian *<br>jmillian@gibsondunn.com<br>GIBSON DUNN & CRUTCHER<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>*Counsel for Defendant Dr. Ernst Volgenau* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>RANDALL J. BARON<br>A. RICK ATWOOD, JR.<br>DAVID T. WISSBROECKER<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Counsel for Plaintiff* | JOHNSON BOTTINI, LLP*<br>FRANK A. BOTTINI<br>501 W. BROADWAY, SUITE 1720<br>SAN DIEGO, CA 92101<br>*Counsel for Plaintiff* |

                                            /s/ Craig C. Reilly
                                            Craig C. Reilly VSB # 20942
                                            111 Oronoco Street
                                            Alexandria, Virginia 22314
                                            TEL:   (703) 549-5354
                                            FAX:   (703) 549-2604
                                            EMAIL: craig.reilly@ccreillylaw.com
                                            *Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*