UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>- v. -<br><br>SRA INTERNATIONAL, INC. et. al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 11-cv-447(LO)(TRJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, May 20, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants, Providence Equity Partners LLC, Sterling Parent Inc. and Sterling Merger Inc. ("Providence") will present oral argument in support of their Motion to Confer or, In the Alternative, to Stay this Action.

Dated:  May 6, 2011                Respectfully submitted

By : /s/ Robert E. Scully, Jr.
Robert E. Scully, Jr. (VSB # 19218)
Stites & Harbison, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
Tel: (703) 837-3929
Fax: (703) 518-2959
rscully@stites.com

*Attorneys for Defendants Providence Equity Partners LLC, Sterling Parent Inc. and Sterling Merger Inc.*

*Of Counsel:*

Maeve O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

## **CERTIFICATE OF SERVICE**

  I certify that on this 6th day of May, 2011, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| Steven B. Gould<br>Jesse D. Stein<br>BROWN & GOULD, LLP<br>7700 Old Georgetown Road<br>Suite 500<br>Bethesda, MD 20814<br>*Counsel for Plaintiff* | Craig C. Reilly<br>111 Oronoco Street<br>Alexandria, VA 22314<br>*Counsel for Defendants, SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail Wilensky* |
| James P. Gillespie<br>Robert B. Gilmore<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Suite 1200<br>Washington, DC 20005<br>*Counsel for Defendants, SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail Wilensky* | |

  And I hereby certify that I have mailed the document by U.S. mail to the following non-filing users:

| | |
|---|---|
| Stuart A. Davidson<br>Cullin A. O'Brien<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>*Counsel for Plaintiff* | John C. Millian<br>GIBSON DUNN & CRUTCHER<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>*Counsel for Defendant Dr. Ernst Volgenau* |

| | |
|---|---|
| Randall J. Baron<br>A. Rick Atwood, Jr.<br>David T. Wissbroecker<br>ROBBINS GELLER RUDMAN & DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Counsel for Plaintiff* | Frank A. Bottini<br>JOHNSON BOTTINI, LLP<br>501 W. Broadway, Suite 1720<br>San Diego, CA 92101<br>*Counsel for Plaintiff* |

/s/ Robert E. Scully, Jr.
Robert E. Scully, Jr. (VSB # 19218)
Stites & Harbison, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
Tel: (703) 837-3929
Fax: (703) 518-2959
rscully@stites.com

203714:1:ALEXANDRIA