UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ALEXANDRIA_____ DIVISION

ANDREI SINIOUKOV, Individually and on
Behalf of All Others Similarly Situated

vs.

SRA INTERNATIONAL, INC., et al.

Civil/Criminal Action No. 1:11cv447 (LO/TRJ)

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
SRA International, Inc.
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_____May 6, 2011_____                         _____[signature]_____
Date                                          Signature of Attorney or Litigant
                                              Counsel for SRA International, Inc., John W. Barter, Larry
                                              R. Ellis, Miles R. Gilburne, W. Robert Grafton,
                                              William T. Keevan, Michael R. Klein, Dr.
                                              Stanton D. Sloane, and Dr. Gail R. Wilensky

                                              . Craig C. Reilly, Esq.  VSB#
                                              111 Oronoco Street       20942
Rev. 7/14/04                                  Alexandria, Virginia 22314