UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

------------------------------------------------------------------------x
:
ANDREI SINIOUKOV, Individually and on Behalf of All  :
Others Similarly Situated,                            :
:
:
Plaintiff,    :
:  No. 11-cv-447(LO)(TRJ)
- v. -                :
:
SRA INTERNATIONAL, INC. et. al.,                     :
:
Defendants.   :
:
------------------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Providence Equity Partners LLC** in the above-captioned action certifies that (i) it has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public, (ii) no publicly held entity owns 10% of more of its stock, and (iii) its members are Providence Management Holdco L.L.C., Fund Management Inc., GMC-PEP Management Services LLC, PJS-PEP Management Services LLC, JCH PEP Management Services Inc., MJM PEP Management Services Inc., Thomas J. Gahan, Providence Equity Partners Inc., Providence Equity Partners III Inc., Providence Equity Partners IV Inc., and Providence Equity Partners V Inc.

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sterling Merger Inc**. in the above-captioned action certifies that (i) it has no parents, trusts,

subsidiaries and/or affiliates that have issued shares or debt securities to the public, (ii) no publicly held entity owns 10% of more of its stock, and (iii) its sole owner is Sterling Parent Inc.

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sterling Parent Inc.** in the above-captioned action certifies that (i) it has no parents, trusts, subsidiaries and/or affiliates that have issued shares or debt securities to the public, (ii) no publicly held entity owns 10% of more of its stock, and (iii) its sole owner is Sterling Holdco Inc., which is owned by Providence Equity Partners VI, L.P. and Providence Equity Partners VI-A, L.P.

| Dated: May 9, 2011 | Respectfully submitted<br><br>By : ___/s/ Robert E. Scully, Jr._____<br>Robert E. Scully, Jr. (VSB # 19218)<br>Stites & Harbison, PLLC<br>1199 N. Fairfax Street, Suite 900<br>Alexandria, Virginia 22314<br>Tel: (703) 837-3929<br>Fax: (703) 518-2959<br>rscully@stites.com<br><br>*Attorneys for Defendants Providence Equity Partners LLC, Sterling Parent Inc. and Sterling Merger Inc.*<br><br>*Of Counsel:*<br><br>Maeve O'Connor<br>Elliot Greenfield<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Tel: (212) 909-6000<br>Fax: (212) 909-6836 |
|---|---|

23428660v1