# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DEIDRE NOELLE SULLIVAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARGON ST, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:10cv0750 (CMH/JFA) |

## ORDER

On Friday, July 23, 2010, counsel for the parties appeared before the court and presented argument on plaintiff's Motion to Expedite Discovery Proceedings. (Docket no. 5). Upon consideration of the motion, the memorandum in support (Docket no. 8), defendants' oppositions (Docket nos. 13, 21), and the arguments of counsel, and for the reasons stated from the bench, it is hereby

ORDERED that the motion is denied.

Entered this 23rd day of July, 2010.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia