# EXHIBIT C

# Delaware Court of Chancery

## DE Court of Chancery - Statewide

## CA4631-CC

## Conf Order Hughes, Michael v. Pomeroy It Solutions Inc

### The case was last updated by the court on Saturday, August 08, 2009

## Header

Case Number: CA4631-CC
Date Filed: 05/29/2009
Date Full Case Retrieved: 08/08/2009
Status: Active
Misc: Corporate Matters

[Summary] [Litigants] [Counsel] [Proceedings] [Schedule]

## Summary

Assigned To:
Date Assigned:
Dismissed By:

## Litigants

| Litigant Type | Litigant |
| --- | --- |
| Plaintiff | Michael Hughes |
| Defendant | David G Boucher |
| Defendant | Desert Mountain Acquisition Co |
| Defendant | Hebron LLC |
| Defendant | Ronald E Krieg |
| Defendant | David B Pomeroy II |
| Defendant | Pomeroy It Solutions Inc |
| Defendant | Richard S Press |
| Defendant | Michael A Ruffolo |
| Defendant | Jonathan Starr |
| Defendant | Debra E Tibey |

## Counsel

| Plaintiff | Defendant |
| --- | --- |
| Long, Brian D | Bracegirdle, Thad J |
| Rigrodsky & Long PA | Wilks Lukoff & Bracegirdle LLC |
| 919 N Market St Ste 980 | 1300 N Grant Ave Ste 100 |
| Wilmington DE 19801- | Wilmington DE 19806- |

Raju, Srinivas M

Richards Layton & Finger PA-Wilmington

920 N King St

Wilmington DE 19801-


Rohrbacher, Blake K

Richards Layton & Finger PA-Wilmington

920 N King St

Wilmington DE 19801-


## Proceedings

| # | Entry Date | Description |
|---|---|---|
| 1 | 05/29/2009 | verified class action complaint |
| 2 | 05/29/2009 | affidavit and verification of michael hughes pursuant to court of chancery rules 23(aa) and 3(aa) |
| 3 | 05/29/2009 | supplemental information pursuant to rule 3(a) of the rules of the court of chancery |
| 4 | 05/29/2009 | letter to the register in chancery from brian d. long, esquire, requesting issuance of summons pursuant to court of chancery rule 4(c) |
| 5 | 06/02/2009 | fed ex summons to brian long esq. (2 org 10 copies) |
| 6 | 06/17/2009 | summons and affidavit of personal service from special process server re: pomeroy it solutions, inc. |
| 7 | 06/17/2009 | summons and affidavit of personal service from special process server re: hebron llc |
| 8 | 06/17/2009 | summons and affidavit of personal service from special process server re: desert mountain acquisition co. |
| 9 | 06/17/2009 | summons and affidavit of personal service from special process server re: david g. boucher, ronald e. krieg, david b. pomeroy, ii, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey |
| 10 | 06/18/2009 | letter to the register in chancery from brian d. long, esquire, enclosing copies of the complaint for mailing upon individual defendants |
| 11 | 06/26/2009 | register's certificate, letter, 3114 letters, copy summons, registered mail receipt |
| 12 | 07/02/2009 | notice of service of plaintiffs first request for the production of documents and things to all defendants |
| 13 | 07/02/2009 | certificate of service for the notice of service of plaintiffs first request for the production of documents and things to all defendants |
| 14 | 07/08/2009 | plaintiff's motion for preliminary injunction |
| 15 | 07/08/2009 | [proposed] order granting plaintiff's motion for preliminary injunction |
| 16 | 07/08/2009 | certificate of service for plaintiff's motion and [proposed] order for preliminary injunction |
| 17 | 07/08/2009 | plaintiff's motion for expedited proceedings |
| 18 | 07/08/2009 | unreported cases cited in plaintiff's motion for expedited proceedings |
| 19 | 07/08/2009 | [proposed] order granting plaintiff's motion for expedited proceedings |
| 20 | 07/08/2009 | certificate of service for plaintiff's motion and [proposed] order for expedited proceedings |
| 21 | 07/08/2009 | verified amended class action complaint |
| 22 | 07/08/2009 | certificate of service for verified amended class action complaint |
| 23 | 07/08/2009 | notice of filing an amended complaint |
| 24 | 07/08/2009 | exhibit a -- blackline comparing verified amended class action complaint to verified class action complaint |
| 25 | 07/08/2009 | certificate of service for notice of filing amended complaint |
| 26 | 07/08/2009 | plaintiff's affidavit and verification pursuant to court of chancery rules 23(aa) and 3(aa) for the amended verified class action complaint |
| 27 | 07/08/2009 | notice of entry of appearance of thad j. bracegirdle for defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey |
| 28 | 07/08/2009 | certificate of service of notice of entry of appearance of thad j. bracegirdle for defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey |
| 29 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, |

Case 1:11-cv-00447-LO -TRJ   Document 32-3   Filed 05/16/11   Page 4 of 11

|    |            | jonathan starr and debra e. tibey motion for admission pro hac vice of earle jay maiman |
|----|------------|---|
| 30 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey proposed order for motion for admission pro hac vice of earle jay maiman |
| 31 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey certificate of service to motion for admission pro hac vice of earle jay maiman |
| 32 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey certification to motion for admission pro hac vice of earle jay maiman |
| 33 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's motion for admission pro hac vice of diane m. goderre |
| 34 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's proposed order to motion for admission pro hac vice of diane m. goderre |
| 35 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's certificate of service to motion for admission pro hac vice of diane m. goderre |
| 36 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's certification to motion for admission pro hac vice of diane m. goderre |
| 37 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's motion for admission pro hac vice of anthony j. hornbach |
| 38 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey proposed order for motion for admission pro hac vice of anthony j. hornbach |
| 39 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's certificate of service to motion for admission pro hac vice of anthony j. hornbach |
| 40 | 07/09/2009 | defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's certification to motion for admission pro hac vice of anthony j. hornbach |
| 41 | 07/09/2009 | granted (defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey proposed order for motion for admission pro hac vice of earle jay maiman) |
| 42 | 07/09/2009 | granted (defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's proposed order to motion for admission pro hac vice of diane m. goderre) |
| 43 | 07/09/2009 | granted (defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr, and debra e. tibey's proposed order to motion for admission pro hac vice of anthony j. hornbach) |
| 44 | 07/13/2009 | notice of appearance of srinivas m. raju and blake rohrbacher as counsel to david b. pomeroy, ii, desert mountain acquisition co. and hebron llc |
| 45 | 07/13/2009 | certificate of service of notice of appearance of srinivas m. raju and blake rohrbacher as counsel to defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc |
| 46 | 07/14/2009 | plaintiff's notice of deposition of defendants debra e. tibey, david b. pomeroy, ii, and richard s. press |
| 47 | 07/14/2009 | certificate of service to plaintiff's notice of deposition of defendants debra e. tibey, david b. pomeroy, ii, and richard s. press |
| 48 | 07/16/2009 | motion for commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc |
| 49 | 07/16/2009 | commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc |
| 50 | 07/16/2009 | [proposed] order for commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc |
| 51 | 07/16/2009 | schedule a to commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc |
| 52 | 07/16/2009 | certificate of service for motion for commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc |
| 53 | 07/16/2009 | motion for commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc. |
| 54 | 07/16/2009 | commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc. |
| 55 | 07/16/2009 | [proposed] order for commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc. |

56  07/16/2009  schedule a to commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc.

57  07/16/2009  certificate of service for motion for commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc.

58  07/16/2009  letter to hon. william b. chandler iii from thad j. bracegirdle enclosing stipulation and proposed order regarding expedited proceedings

59  07/16/2009  stipulation and proposed order regarding expedited proceedings

60  07/17/2009  stipulation and [proposed] order governing the production and exchange of confidential information

61  07/20/2009  granted (stipulation and proposed order regarding expedited proceedings)

62  07/20/2009  granted (stipulation and [proposed] order governing the production and exchange of confidential information)

63  07/28/2009  answer to verified amended class action complaint on behalf of defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey

64  07/28/2009  certificate of service for answer to verified amended class action complaint on behalf of defendants pomeroy it solutions, inc., david g. boucher, ronald e. krieg, richard s. press, michael a. ruffolo, jonathan starr and debra e. tibey

65  07/28/2009  answer to verified amended class action complaint on behalf of defendants david b. pomeroy, ii, desert mountain acquisition co., and hebron llc

66  07/28/2009  certificate of service of answer to verified amended class action complaint on behalf of defendants david b. pomeroy, ii, desert mountain acquisition co., and hebron llc

67  08/04/2009  letter to the honorable william b. chandler, iii, re: motions for commission to obtain subpoenas duces tecum and ad testificandum directed to extension advisors, llc and houlihan lokey howard & zukin capital, inc.

68  08/04/2009  granted ([proposed] order for commission to obtain a subpoena duces tecum and ad testificandum directed to extension advisors, llc)

69  08/04/2009  granted ([proposed] order for commission to obtain a subpoena duces tecum and ad testificandum directed to houlihan lokey howard & zukin capital, inc.)

70  08/05/2009  motion for admission pro hac vice of michael s. jones to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

71  08/05/2009  certification of michael s. jones supporting motion for admission pro hac vice to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

72  08/05/2009  proposed order granting motion for admission pro hac vice of michael s. jones to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

73  08/05/2009  certificate of service to motion for admission pro hac vice of michael s. jones to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

74  08/05/2009  motion for admission pro hac vice of thomas a. prewitt to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

75  08/05/2009  certification of thomas a. prewitt supporting motion for admission pro hac vice to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

76  08/05/2009  proposed order granting motion for admission pro hac vice of thomas a. prewitt to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

77  08/05/2009  certificate of service to motion for admission pro hac vice of thomas a. prewitt to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc

78  08/06/2009  granted (proposed order granting motion for admission pro hac vice of michael s. jones to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc)

79  08/06/2009  granted (proposed order granting motion for admission pro hac vice of thomas a. prewitt to represent defendants david b. pomeroy, ii, desert mountain acquisition co. and hebron llc)

80  08/07/2009  plaintiff's motion for voluntary dismissal

81  08/07/2009  exhibit a -- [proposed] order of dismissal

82  08/07/2009  exhibit b to plaintiff's motion for voluntary dismissal

83  08/07/2009  certificate of service for the motion and [proposed] order for voluntary dismissal

84  08/07/2009  granted (exhibit a -- [proposed] order of dismissal)

**Schedule**

## No Information is Available for this case

Copyright © 2009 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

# Case History

## HANNINEN, KENNETH  VS. POMEROY IT SOLUTIONS, INC.,  , ET A
### Case# 09-CI-01270

| | |
|---|---|
| **County** | BOONE |
| **Court** | CIRCUIT Court |
| **Opening Judge** | HON. JAMES R. SCHRAND |
| **Current Judge** | |
| **Closing Judge** | |

Page #

| | | |
|---|---|---|
| 05/22/2009 | **Case Filed**<br>OTHER<br>*SELF-DEALING AND BREACH OF FIDUCIA RY DUTY* | |
| 05/22/2009 | **Summons Filed  - BOUCHER, DAVID**<br>**G**<br>CERTIFIED MAIL<br>*0414 4143*<br>*\*CAROL?? B.\** | @00000130771 |
| 05/22/2009 | **Summons Filed  - COOGAN, KEITH**<br>**R**<br>CERTIFIED MAIL<br>*0414 4150*<br>*SIGNED BY KEITH COOGAN* | @00000130773 |
| 05/22/2009 | **Summons Filed  - KRIEG, RONALD**<br>**E**<br>CERTIFIED MAIL<br>*0414 4167*<br>*\*SIGNATURE NOT LEGIBLE\** | @00000130775 |
| 05/22/2009 | **Summons Filed  - POMEROY IT**<br>**SOLUTIONS, INC.,**<br>CERTIFIED MAIL<br>*0414 4136*<br>*RTND NOT SRVD 5/27/09-N OT DELIVERABLE AS ADDRESSED* | @00000130769 |
| 05/22/2009 | **Summons Filed  - PRESS, RICHARD**<br>**S**<br>CERTIFIED MAIL<br>*0414 4174*<br>*\*SIGNED BY JEANIE PRESS \** | @00000130777 |
| 05/22/2009 | **Summons Filed  - RUFFOLO,**<br>**MICHAEL A**<br>CERTIFIED MAIL<br>*0414 4181*<br>*\*SIGNED BY MICHAEL RUFF OLO\** | @00000130779 |
| 05/22/2009 | **Summons Filed  - TIBEY, DEBRA E**<br>CERTIFIED MAIL<br>*0414 4198 - RTND NOT SRVD 8/4/09,  UNCLAIMED* | @00000130781 |
| 05/22/2009 | **Document Filed**<br>COMPLAINT / PETITION<br>AP<br>*JURY DEMAND* | |
| 05/22/2009 | **Summons Filed - DESERT**<br>**MOUNTAIN ACQUISTION CO,**<br>CERTIFIED MAIL<br>*0414 4211*<br>*STAMPED E.BUCKLEY CAUDI E* | @00000130785 |
| 05/22/2009 | **Summons Filed - HEBRON LLC,**<br>CERTIFIED MAIL<br>*0414 4228*<br>*STAMPED E. BUCKLEY CAUD IE* | @00000130787 |

CIRCUIT Court          09-CI-01270

Page 1 of 5

# HANNINEN, KENNETH vs. POMEROY IT SOLUTIONS, INC.
## Case# 09-CI-01270

| County | BOONE |
|---|---|
| Court | CIRCUIT Court |
| Opening Judge | HON. JAMES R. SCHRAND |
| Current Judge | |
| Closing Judge | |

| | | Page # |
|---|---|---|
| 05/22/2009 | **Summons Filed - POMEROY, II, DAVID B** @00000130783<br>CERTIFIED MAIL<br>*0414 4204*<br>*NOT SRVD-RTS NOT DELIVE RABLE AS ADDRESSED/UNABLE TO FORWA RD 5/27/09* | |
| 05/23/2009 | **Summons Served/Recalled - KRIEG, RONALD E** @00000130775<br>CERTIFIED MAIL<br>*0414 4167*<br>*\*SIGNATURE NOT LEGIBLE\** | |
| 05/23/2009 | **Summons Served/Recalled - DESERT MOUNTAIN ACQUISTION CO,** @00000130785<br>CERTIFIED MAIL<br>*0414 4211*<br>*STAMPED E.BUCKLEY CAUDI E* | |
| 05/23/2009 | **Summons Served/Recalled - HEBRON LLC,** @00000130787<br>CERTIFIED MAIL<br>*0414 4228*<br>*STAMPED E. BUCKLEY CAUD IE* | |
| 05/26/2009 | **Summons Served/Recalled - BOUCHER, DAVID G** @00000130771<br>CERTIFIED MAIL<br>*0414 4143*<br>*\*CAROL?? B.\** | |
| 05/26/2009 | **Summons Served/Recalled - COOGAN, KEITH R** @00000130773<br>CERTIFIED MAIL<br>*0414 4150*<br>*SIGNED BY KEITH COOGAN* | |
| 05/28/2009 | **Summons Filed - STARR, JONATHAN** @00000131080<br>CERTIFIED MAIL<br>*0415-4951 ALIAS SUMMONS*<br>*\*SIGNED B Y JONATHAN STARR\** | |
| 06/01/2009 | **Summons Served/Recalled - PRESS, RICHARD S** @00000130777<br>CERTIFIED MAIL<br>*0414 4174*<br>*\*SIGNED BY JEANIE PRESS \** | |
| 06/04/2009 | **Summons Filed - POMEROY, II, DAVID B** @00000131521<br>CERTIFIED MAIL<br>*ALIAS-0415 5330*<br>*SRV@42475 N. 112T H ST. SCOTTSDALE AZ. 85262*<br>*CM RET UNSERVD ON 7-9-09 "UNCLMD"* | |
| 06/04/2009 | **Summons Filed - POMEROY IT SOLUTIONS, INC.,** @00000131524<br>CERTIFIED MAIL<br>*ALIAS-0415 5354*<br>*SRV @ CT CORP SYS TEM* | |

CIRCUIT Court    09-CI-01270

HANNINEN, KENNETH VS. POMEROY IT SOLUTIONS, INC., ET A
Case# 09-CI-01270

| | |
|---|---|
| County | BOONE |
| Court | CIRCUIT Court |
| Opening Judge | HON. JAMES R. SCHRAND |
| Current Judge | |
| Closing Judge | |

Page #

| Date | Entry |
|---|---|
| 06/05/2009 | **Summons Served/Recalled –**   @00000131524<br>**POMEROY IT SOLUTIONS, INC.,**<br>CERTIFIED MAIL<br>*ALIAS-0415 5354*<br>*SRV @ CT CORP SYS TEM* |
| 06/10/2009 | **Document Filed**<br>ENTRY OF APPEARANCE<br>AD<br>*OF THOMAS A. PREWITT FOR DAVID B. POMEROY II,*<br>*HEBRON LLC,& DESERT M OUNTAIN ACQUISITION CO.* |
| 06/12/2009 | **Summons Served/Recalled –**   @00000130779<br>**RUFFOLO, MICHAEL A**<br>CERTIFIED MAIL<br>*0414 4181*<br>*\*SIGNED BY MICHAEL RUFF OLO\** |
| 06/12/2009 | **Document Filed**<br>ENTRY OF APPEARANCE<br>AD<br>*OF EARLE JAY MAIMAN TO REPRESENT D EFEENDANTS: POMEROY IT SOLUTIONS I NC.,DAVID*<br>*BOUCHER,KEITH KOOGAN,RON ALD KRIEG,RICHARD PRESS,MICHAEL RU FFOLO,JONATHAN STARR,*<br>*DEBRA TIBEY* |
| 06/16/2009 | **Summons Served/Recalled – STARR,**   @00000131080<br>**JONATHAN**<br>CERTIFIED MAIL<br>*0415-4951 ALIAS SUMMONS*<br>*\*SIGNED B Y JONATHAN STARR\** |
| 07/09/2009 | **Motion Filed**<br>MOTION FOR TEMPORARY INJUNCTION<br>ATTORNEY FOR PLAINTIFF |
| 07/09/2009 | **Motion Filed**<br>MOTION – OTHER<br>ATTORNEY FOR PLAINTIFF<br>*FOR EXPEDITED DISCOVERY AND AN ADV ANCED HEARING ON PLAINTIFF'S MOTIO N FOR TEMPORARY*<br>*INJUNCTION* |
| 07/10/2009 | **Document Filed**<br>MISCELLANEOUS<br>AP<br>*VERIFIED AMEDED CLASS ACTION COMPL AINT BASED UPON SELF DALING AND BR EACH OF*<br>*FIDUCIARY DUTY* |
| 07/13/2009 | **Document Filed**<br>NOTICE – OTHER<br>AD<br>*MOTION FOR STAY OF PROCEEDINGS BY DEFENTS POMEROY IT SOLUTIONS INC D AVID G BOUCHER*<br>*KEITH R COOGAN ,RON ALD E KRIEG RICHARDS PRESS MICHAEL A RUFFOLO ,JONATHAN STARR AND*<br>*DEB RA E TIBEY* |
| 07/14/2009 | **Scheduled Event**   Jul 14 2009 at 09:00 AM<br>MOTION HOUR<br>HON. JAMES R. SCHRAND |

CIRCUIT Court        09-CI-01270

| | |
|---|---|
| County | BOONE |
| Court | CIRCUIT Court |
| Opening Judge | HON. JAMES R. SCHRAND |
| Current Judge | |
| Closing Judge | |

Page #

| Date | Entry |
|---|---|
| 07/15/2009 | **Document Filed**<br>ORDER - OTHER<br>JUD<br>*PLAINTIFF HAS UNTIL 7/17/09 TO RES POND, DEF. HAS UNTIL 7/21/09 TO RE PLY*<br>*HEARING IS SET ON DEF.'S MOT ION TO STAY PROCEEDINGS ON 7/23/09 @2PM** |
| 07/15/2009 | **NOE to All Counsel of Record and**<br>**Parties Not Represented by Counsel.**<br>ORDER - OTHER<br>FIRST CLASS MAIL<br>*PLAINTIFF HAS UNTIL 7/17/09 TO RES POND, DEF. HAS UNTIL 7/21/09 TO RE PLY*<br>*HEARING IS SET ON DEF.'S MOT ION TO STAY PROCEEDINGS ON 7/23/09 @2PM** |
| 07/17/2009 | **Document Filed**<br>RESPONSE<br>AP<br>*IN OPPOSITION TO DEFENDANT'S MOTI ON TO STAY* |
| 07/21/2009 | **Document Filed**<br>REPLY<br>AP<br>*REPLY MEMORANDUM IN SUPPORT OF MO TION FOR STAY OF PROCEEDINGS* |
| 07/23/2009 | **Scheduled Event**   Jul 23 2009 at 2:00 PM<br>OTHER HEARING<br>HON. JAMES R. SCHRAND<br>*ON DEF.'S MOTION TO STAY PROCEEDI NGS** |
| 07/23/2009 | **Document Filed**<br>NOTICE OF FILING<br>AP<br>*MOTION FOR ADMISSION PRO HAC VICE OF CULLIN A. O'BRIAN* |
| 07/23/2009 | **Document Filed**<br>NOTICE OF FILING<br>AP<br>*MOTION FOR ADMISSION PRO HAC VICE OF JONATHAN M. STEIN* |
| 07/24/2009 | **Document Filed**<br>ORDER FOR APPEARANCE PRO HAC VICE<br>JUD<br>*CULLIN O'BRIEN ON BEHALF OF PLAINT IFF* |
| 07/24/2009 | **NOE to All Counsel of Record and**<br>**Parties Not Represented by Counsel.**<br>ORDER FOR APPEARANCE PRO HAC VICE<br>FIRST CLASS MAIL<br>*CULLIN O'BRIEN ON BEHALF OF PLAINT IFF* |
| 07/24/2009 | **Document Filed**<br>ORDER FOR APPEARANCE PRO HAC VICE<br>JUD<br>*OF JONATHAN M. STEIN ON BEHALF OF PLAINTIFF* |
| 07/24/2009 | **NOE to All Counsel of Record and**<br>**Parties Not Represented by Counsel.**<br>ORDER FOR APPEARANCE PRO HAC VICE<br>FIRST CLASS MAIL<br>*OF JONATHAN M. STEIN ON BEHALF OF PLAINTIFF* |

CIRCUIT Court          09-CI-01270

## HANNINEN, KENNETH  VS. POMEROY IT SOLUTIONS, INC., . ET A
### Case# 09-CI-01270

| | |
|---|---|
| County | BOONE |
| Court | CIRCUIT Court |
| Opening Judge | HON. JAMES R. SCHRAND |
| Current Judge | |
| Closing Judge | |

| | | Page # |
|---|---|---|
| 07/27/2009 | **Document Filed**<br>ORDER OVERRULING<br>JUD<br>*DEFENDANT'S MOTION TO STAY PROCEED INGS* | |
| 07/27/2009 | **NOE to All Counsel of Record and**<br>**Parties Not Represented by Counsel.**<br>ORDER OVERRULING<br>FIRST CLASS MAIL<br>*DEFENDANT'S MOTION TO STAY PROCEED INGS* | |
| 07/27/2009 | **Document Filed**<br>NOTICE - OTHER<br>AP<br>*NOTICE OF SUPPLEMENTAL AUTHORITY* | |
| 07/28/2009 | **Document Filed**<br>RESPONSE<br>AP<br>*TO NOTICE OF SUPPLEMENTAL AUTHORIT Y* | |