# COMPOSITE EXHIBIT D

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

TEAMSTERS LOCAL 456 ANNUITY FUND, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

REPUBLIC SERVICES, INC., JAMES E. O'CONNOR, HARRIS W. HUDSON, JOHN W. CROGHAN, W. LEE NUTTER, RAMON A. RODRIGUEZ, ALLEN C. SORENSON, and MICHAEL W. WICKHAM,

Defendants. /

Case No. 0841909 (7)

JUDGE ROBERT A. ROSENBERG
COMPLEX LITIGATION UNIT

CLASS REPRESENTATION

JURY TRIAL DEMAND

**ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND AN ADVANCED HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

THIS MATTER came before the Court on Plaintiff's Motion for Expedited Discovery and an Advanced Hearing on Plaintiff's Motion for Preliminary Injunction (the "Motion for Expedited Discovery") and the Court, having reviewed the Motion for Expedited Discovery and being otherwise fully advised in the premises, does hereby

**ORDER AND ADJUDGE** that Plaintiff's Motion is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that:

1. Defendants are to produce documents within ~~five (5)~~ Ten (10) business days from the date of this Order;

2. Defendants are to appear for depositions on ~~three (3) days~~ Ten (10) days' notice.

3. Plaintiff's Motion for Preliminary Injunction is scheduled for hearing on ____________________, 2008 at __________ a.m./p.m. for _______ hour(s)

**DONE AND ORDERED** at Fort Lauderdale, Broward County, Florida, this 22 day of 5/ , 2008.

Robert A. Rosenberg
Circuit Court Judge

A TRUE COPY

Copies provided to:

**SERVICE LIST**

Jonathan M. Stein
Stuart A. Davidson
Cullin A. O'Brien
COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
120 E. Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

***Counsel for Plaintiff***

Brian P. Miller
AKERMAN SENTERFITT
One S.E. Third Avenue, 25th Floor
Miami, FL 33131-1714

William Savitt
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

***Counsel for Defendants***

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. 08-41909 (07)

JUDGE ROBERT A. ROSENBERG

COMPLEX LITIGATION UNIT

**TEAMSTERS LOCAL 456 ANNUITY FUND,** Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

**REPUBLIC SERVICES, INC., JAMES E. O'CONNOR, HARRIS W. HUDSON, JOHN W. CROGHAN, W. LEE NUTTER, RAMON A. RODRIGUEZ, ALLEN C. SORENSON,** and **MICHAEL W. WICKHAM,**

Defendants.

______________________________________/

**ORDER ON PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**

THIS MATTER having come before the Court on September 26, 2008, and the Court having heard argument of counsel and being otherwise advised in the premises, it is hereby

ORDERED and ADJUDGED:

1. This Court's Order of September 22, 2008, granting expedited discovery is hereby VACATED.

2. Defendants will provide Plaintiff with all documents that have been or will be produced to Plaintiffs in *In Re Republic Services, Inc. Litigation*, Court of Chancery, State of Delaware, Consolidated C.A. No. 3923-CC (the "Delaware Action"). Such production is subject

to and conditioned upon Plaintiff agreeing to abide by the Stipulation and Order Governing the Protection and Exchange of Confidential Material entered in the Delaware Action ("Delaware Confidentiality Stipulation") or Plaintiff and Defendants entering into a mutually satisfactory confidentiality stipulation and order similar to the Delaware Confidentiality Stipulation, a draft of which Defendants shall provide to Plaintiff's counsel as soon as practicable, but no later than October 3, 2008.

3. Defendants will advise Plaintiff of depositions that are scheduled in the Delaware action. Plaintiffs may attend such depositions on such reasonable terms as shall be agreed upon.

DONE and ORDERED in Chambers at Broward County, Ft. Lauderdale, Florida, this _____ day of __________________, 2008.

ROBERT A. ROSENBERG

OCT 0 6 2008

A TRUE COPY

ROBERT A. ROSENBERG
CIRCUIT COURT JUDGE

Conformed Copies to:

Ronald B. Ravikoff
Jonathan M. Stein
Maya S. Saxena