IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED

2011 MAY 19 A 11: 14

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated

Plaintiff,

v.

SRA INTERNATIONAL, INC., *et al.*,

Defendants.

Case No. 1:11cv447
(LO/TRJ)

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for defendant Dr. Ernst Volgenau. I certify that I am admitted to practice in this Court.

DATED this 18th day of May, 2011.

Respectfully submitted,

Justin A. Torres (Bar No. 77404)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500 (main phone)
(202) 955-8619 (direct dial)
(202) 530-4216 (direct fax)
jtorres@gibsondunn.com

*Counsel of Record for Defendant Dr. Ernst Volgenau*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2011, a copy of the foregoing Appearance was served by overnight mail upon the following:

>Stuart A. Davidson
>Cullin A. O'Brien
>Robbins Geller Rudman & Dowd LLP
>120 East Palmetto Park Road, Suite 500
>Boca Raton, FL 33432
>
>Jesse Daniel Stein
>Steven Bennett Gould
>Brown & Gould LLP
>7700 Old Georgetown Rd.
>Suite 500
>Bethesda, Maryland 20814
>
>Craig Crandall Reilly
>Law Office of Craig C. Reilly
>111 Oronoco Street
>Alexandria, VA 22314

_____
Justin A. Torres (Bar No. 77404)
GIBSON, DUNN & CRUTCHER LLP