DATE: 05-20-11                         JUDGE: Liam O'Grady
                                       Reporter: N. Linnell
START: 10:04
FINISH: 10:22

Civil Action Number: 1:11cv00447


ANDREI SINIOUKOV _____


V.

SRA INTERNATIONAL, INCORPORATED, et.al. _____


Appearances of Counsel for ( X) Pltf   ( X ) Deft
( ) Matter is uncontested

Defts' Motions [18 & 24)] to Stay _____


Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken under advisement ( ) Continued to: _____

Counsel directed to provide the court with updates every 90 days.

( X ) Order to Follow