UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | )
ANDREI SINIOUKOV, Individually and on | )
Behalf of All Others Similarly Situated, | )
| )
*Plaintiff,* | )
v. | )   No. 1:11cv447
| )   (LO/TRJ)
SRA INTERNATIONAL, INC., *et al.*, | )
| )
*Defendants.* | )
| )

### ORDER

Upon consideration of the consent motion filed by Defendants for an enlargement of time to file and serve their responses pursuant to Rules 6(b) and 12(a) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that the motion is GRANTED.

ENTERED this 24th day of May 2011.

Alexandria, Virginia

Liam O'Grady
United States District Judge