**FILED**

**MAY 2 4 2011**

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

ANDREI SINIOUKOV,                              )
                                               )
                                               )
                    *Plaintiff,*               )
                                               )       Case No. 1:11-cv-447
*v.*                                           )
                                               )
SRA INTERNATIONAL, INC., *et al.,*             )
                                               )
                    *Defendants.*              )

## ORDER

This matter comes before the Court on the Motion to Stay filed by Larry R. Ellis, Michael R. Klein, Gail R. Wilensky, SRA International, Inc., Stanton D. Sloane, W. Robert Grafton, John W. Barter, William T. Keevan, Miles R. Gilburne (Dkt. No. 18); Motion to Stay or, in the Alternative Confer filed by Providence Equity Partners LLC, Sterling Merger Inc., Sterling Parent Inc. (Dkt. No. 24). For the reasons explained in open court on May 20, 2011, and for good cause appearing the motion is hereby GRANTED.

Also before the Court is the Motion that this court confer with the Delaware Chancery Court by John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, SRA International, Inc., Stanton D. Sloane, Gail R. Wilensky (Dkt. No. 21). Upon consideration of the motion and for good cause appearing, the Motion is DENIED.

Plaintiff's Motion for Preliminary Injunction (Dkt. No. 2), Motion for Expedited Discovery (Dkt. No. 3), and Motion to Set a Briefing Schedule (Dkt. No. 4) are DENIED as moot.

Accordingly, it is hereby ORDERED that this action be and is stayed indefinitely in all respects, and it is further ORDERED that counsel keep the Court informed of the status of the related Delaware case every 90 days. Plaintiff may renew the motions for discovery and injunctive relief as appropriate. The Clerk is directed to remove this civil action from the active docket of the Court.

IT IS SO ORDERED.


May 24, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge