# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# (ALEXANDRIA DIVISION)

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SRA INTERNATIONAL, INC., DR. ERNST VOLGENAU, JOHN W. BARTER, LARRY R. ELLIS, MILES R. GILBURNE, W. ROBERT GRAFTON, WILLIAM T. KEEVAN, MICHAEL R. KLEIN, DR. STANTON D. SLOANE, DR. GAIL R. WILENSKY, PROVIDENCE EQUITY PARTNERS LLC, STERLING PARENT INC., and STERLING MERGER INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 1:11-cv-00447-LO -TRJ**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORRECTED CERTIFICATE OF SERVICE

This Corrected Certificate of Service hereby certifies that Jesse D. Stein served Plaintiff's Emergency Motion to Lift Stay and For Adjudication of Pending Claim for Injunctive Relief Prior to July 15, 2011 Shareholder Vote on the following counsel of record via this Court's CM-ECF system on July 11, 2011:

    Craig C. Reilly
    craig.reilly@ccreillylaw.com
    Law Office of Craig C. Reilly
    111 Oronoco St.
    Alexandria, VA  22314

    James P. Gillespie
    james.gillespie@kirkland.com
    Robert B. Gilmore
    robert.gilmore@kirkland.com
    Kirkland & Ellils LLP
    655 Fifteenth St., N.W., Suite 1200
    Washington, D.C.  20005

Attorney for Defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail R. Wilensky

Robert Emmett Scully, Jr. rscully@stites.com
Stites & Harbison, PLLC
1199 North Fairfax St., Suite 900
Alexandria, VA  22314

Maeve O'Connor
Moconnor@devevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  20022

Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.

John C. Millian
jmillian@gibsondunn.com
Justin Alan Torres
jtorres@gibsondunn.com
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Counsel for Defendant Dr. Ernst Volgenau


DATED:  July 12, 2011

Respectfully submitted,

/s/ _____
Steven B. Gould (Va. Bar No. 45410)
Jesse D. Stein (Va. Bar No. 74221)
BROWN & GOULD, LLP
7316 Wisconsin Ave., Suite 200.
Bethesda, MD 20814
Telephone:  301-718-4548
Fax:     301-718-8037

Stuart A. Davidson
Cullen A. O'Brien
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432

Telephone: 561-750-3000
Fax: 561-750-3364

A. Rick Atwood, Jr.
David T. Wissbroecker
Randall J. Baron
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
Fax: 619-231-7423

Frank A. Bottini
JOHNSON BOTTINI, LLP
501 W. BROADWAY, SUITE 1720
SAN DIEGO, CA 92101
Telephone: 619-230-0063
Facsimile: (619) 238-0622 (fax)

Attorneys for Plaintiff and the class

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Corrected Certificate of Service was served on counsel of record via this Court's CM-ECF system on July 12, 2011, as well as via email on the following:

Craig C. Reilly
craig.reilly@ccreillylaw.com
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314

James P. Gillespie
james.gillespie@kirkland.com
Robert B. Gilmore
robert.gilmore@kirkland.com
Kirkland & Ellils LLP
655 Fifteenth St., N.W., Suite 1200
Washington, D.C. 20005

Attorney for Defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail R. Wilensky

Robert Emmett Scully, Jr. rscully@stites.com
Stites & Harbison, PLLC
1199 North Fairfax St., Suite 900
Alexandria, VA  22314

Maeve O'Connor
Moconnor@devevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  20022

Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.

John C. Millian
jmillian@gibsondunn.com
Justin Alan Torres
jtorres@gibsondunn.com
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Counsel for Defendant Dr. Ernst Volgenau

　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　Jesse D. Stein