# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated ) ) ) Plaintiff, ) ) vs. ) ) SRA INTERNATIONAL, INC., DR. ERNST ) VOLGENAU, JOHN W. BARTER, LARRY ) R. ELLIS, MILES R. GILBURNE, W. ) ROBERT GRAFTON, WILLIAM T. ) KEEVAN, MICHAEL R. KLEIN, DR. ) STANTON D. SLOANE, DR. GAIL R. ) WILENSKY, PROVIDENCE EQUITY ) PARTNERS LLC, STERLING PARENT INC., ) and STERLING MERGER INC., ) ) Defendants. ) | Civil Action No.: 1:11 CV 447 |

## NOTICE OF HEARING ON EMERGENCY MOTION

**PLEASE TAKE NOTICE** that Plaintiff, by counsel, will present their Emergency Motion to Lift Stay and for Adjudication of Pending Claim for Injunctive Relief Prior to July 15, 2011 Shareholder Vote on **Friday, July 15, 2011 at 10:00 a.m.** or as soon thereafter as counsel may be heard. Plaintiff's Motion was filed on July 11, 2011 and served on the Defendants on July 11, 2011.

DATED: July 12, 2011                          Respectfully submitted,

/s/
Steven B. Gould (Va. Bar No. 45410)
Jesse D. Stein (Va. Bar No. 74221)
BROWN & GOULD, LLP
7700 Old Georgetown Rd.
Suite 500
Bethesda, MD 20814
Telephone:  301-718-4548
301-718-8037 (fax)

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        STUART A. DAVIDSON
        CULLIN A. O'BRIEN
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        RANDALL J. BARON
        A. RICK ATWOOD, JR.
        DAVID T. WISSBROECKER
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)

        JOHNSON BOTTINI, LLP
        FRANK A. BOTTINI
        501 W. BROADWAY, SUITE 1720
        SAN DIEGO, CA  92101
        (619) 230-0063
        (619) 238-0622 (fax)

        Attorneys for Plaintiff and the class

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing paper was served on counsel of record via this Court's CM-ECF system on July 12, 2011, as well as via email on the following:

Craig C. Reilly
craig.reilly@ccreillylaw.com
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314

James P. Gillespie
james.gillespie@kirkland.com
Robert B. Gilmore
robert.gilmore@kirkland.com
Kirkland & Ellils LLP
655 Fifteenth St., N.W., Suite 1200

Washington, D.C.  20005

Attorney for Defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail R. Wilensky

Robert Emmett Scully, Jr. rscully@stites.com
Stites & Harbison, PLLC
1199 North Fairfax St., Suite 900
Alexandria, VA  22314

Maeve O'Connor
Moconnor@devevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  20022

Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.

John C. Millian
jmillian@gibsondunn.com
Justin Alan Torres
jtorres@gibsondunn.com
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Counsel for Defendant Dr. Ernst Volgenau


_____/s/_____
Jesse D. Stein