**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>vs.<br><br>SRA INTERNATIONAL, INC., DR. ERNST VOLGENAU, JOHN W. BARTER, LARRY R. ELLIS, MILES R. GILBURNE, W. ROBERT GRAFTON, WILLIAM T. KEEVAN, MICHAEL R. KLEIN, DR. STANTON D. SLOANE, DR. GAIL R. WILENSKY, PROVIDENCE EQUITY PARTNERS LLC, STERLING PARENT INC., and STERLING MERGER INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 1:11-cv-00447-LO -TRJ**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF HEARING ON EMERGENCY MOTION
FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that Plaintiff, by counsel, will present his Emergency Motion to Lift Stay and for Preliminary Injunction (ECF No. 46) on **Thursday, July 14, 2011 at 4:00 p.m.** or as soon thereafter as counsel may be heard.

DATED: July 12, 2011

Respectfully submitted,

/s/Jesse D. Stein
Jesse D. Stein (Va. Bar No. 74221)
Steven B. Gould (Va. Bar No. 45410)
BROWN & GOULD, LLP
7316 Wisconsin Ave., Suite 200.
Bethesda, MD 20814
Telephone:  301-718-4548
Fax:     301-718-8037

Stuart A. Davidson
Cullin A. O'Brien

- 1 -

- 2 -

          ROBBINS GELLER RUDMAN
          & DOWD LLP
          120 East Palmetto Park Road, Suite 500
          Boca Raton, FL 33432
          Telephone: 561-750-3000
          Fax: 561-750-3364

          A. Rick Atwood, Jr.
          David T. Wissbroecker
          Randall J. Baron
          ROBBINS GELLER RUDMAN
          & DOWD LLP
          655 West Broadway, Suite 1900
          San Diego, CA 92101
          Telephone: 619/231-1058
          Fax: 619-231-7423

          Frank A. Bottini
          JOHNSON BOTTINI, LLP
          501 W. BROADWAY, SUITE 1720
          SAN DIEGO, CA 92101
          Telephone: 619-230-0063
          Facsimile: (619) 238-0622 (fax)

          Attorneys for Plaintiff and the class

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice was served on counsel of record via this Court's CM-ECF system on July 12, 2011, on the following:

Craig C. Reilly
craig.reilly@ccreillylaw.com
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA  22314

James P. Gillespie
james.gillespie@kirkland.com
Robert B. Gilmore
robert.gilmore@kirkland.com
Kirkland & Ellils LLP
655 Fifteenth St., N.W., Suite 1200
Washington, D.C.  20005

Attorney for Defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail R. Wilensky

Robert Emmett Scully, Jr. rscully@stites.com
Stites & Harbison, PLLC
1199 North Fairfax St., Suite 900
Alexandria, VA  22314

Maeve O'Connor
Moconnor@devevoise.com
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  20022

Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.

John C. Millian
jmillian@gibsondunn.com
Justin Alan Torres
jtorres@gibsondunn.com
Gibson Dunn & Crutcher
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5306
Counsel for Defendant Dr. Ernst Volgenau

In addition, each of the above attorneys will receive an email from Plaintiffs' counsel Cullin Obrien with a copy of this Notice.

      /s/ Jesse D. Stein
Jesse D. Stein