<div style="text-align:center">
Law Offices of
## BROWN & GOULD, LLP
</div>

| | | |
|---|---|---|
| Daniel A. Brown[*] | 7316 Wisconsin Avenue, Suite 200 | [*] Admitted DC, MD, FL |
| Steven B. Gould[+] | Bethesda, MD 20814 | [+] Admitted DC, MD, VA, MA |
| Jesse D. Stein[°] | | [°] Admitted DC, MD, VA, NY |
| Eileen M. O'Brien[#] | Tel: (301) 718-4548 | [#] Admitted DC, MD, NY |
| | Fax: (301) 718-8037 | |

<div style="text-align:center">July 12, 2011</div>

**BY CM/ECF**

The Honorable Liam O'Grady
US District Court for the
 Eastern District of Virginia
Albert V. Bryan US Courthouse
401 Courthouse Square
Alexandria, Virginia 22314

    Re:    **Andrei Sinioukov v. SRA International, Inc., et al.**

Dear Judge O'Grady:

    Jesse D. Stein and I are serving as local counsel for Plaintiff in this matter. I am writing to request permission for Mr. Stein and I, as local counsel, to be excused from the emergency hearing scheduled on July 14, 2011 at 4:00 p.m., and to permit lead counsel Cullin O'Brien, who has been admitted pro hac vice, to appear without local counsel. Mr. Stein and I are scheduled to be in trial in the United States Bankruptcy Court for the District of Maryland, before the Honorable Duncan W. Keir, in the matter of SG Homes Associates, LP v. Michael Marinucci; Adversary Case No.: 10-00252. Accordingly, we will not be available to appear for the upcoming emergency motion. It is our understanding that the shareholder vote as to which the injunction is being sought is scheduled for July 15 at 8:30 a.m., thus necessitating the hearing on July 14.

    Thank you for your consideration.

<div style="margin-left:50%">
Sincerely,

*/s/ Steven B. Gould*
Steven B. Gould
</div>