UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br>*v.*<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | No. 1:11cv447<br>(LO/TRJ) |

**ADOPTION BY DR. ERNST VOLGENAU OF THE SRA DEFENDANTS' OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO LIFT STAY AND FOR ADJUDICATION OF PENDING CLAIM FOR INJUNCTIVE RELIEF PRIOR TO JULY 15, 2011 SHAREHOLDER VOTE**

Defendant Dr. Ernst Volgenau, by and through undersigned counsel, hereby joins in and adopts the SRA Defendants' Opposition to Plaintiff's Emergency Motion to Lift Stay and for Adjudication of Pending Claim for Injunctive Relief (the "Opposition") (Rec. Doc. 53), for the reasons set forth in the Opposition and for the reasons set forth herein.  Along with the other Individual Defendants, Dr. Volgenau is charged with breach of fiduciary duty in Count One, violation of § 14(a) of the Securities Exchange Act and Rule 14a-9 promulgated thereunder in Count Three, and violation of the § 20(a) of the Securities Exchange Act in Count Four.  The grounds stated in the Opposition are thus applicable to Dr. Volgenau and his adoption of the SRA Defendant's Opposition is appropriate and warranted.

No development has occurred that would warrant lifting the stay imposed by the Court in this matter, and even if such development had occurred, Plaintiff has failed to show that he is entitled to a preliminary injunction of the scheduled shareholder vote.  For the foregoing reasons,

as well as the reasons set forth in the Opposition, Dr. Volgenau respectfully requests that the Court deny the Plaintiff's Emergency Motion to Lift Stay and for Adjudication of Pending Claim for Injunctive Relief.

Date:  July 13, 2011                                   Respectfully submitted,

 /s/ *John C. Millian*
John C. Millian (*pro hac vice*)
Justin A. Torres (Va. Bar No. 77404)
GIBSON DUNN & CRUTCHER LLP
John C. Millian
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8213
Fax: (202) 530-9566
*Counsel for Defendant Dr. Ernst Volgenau*

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this the 13th day of July, 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing sent to the following counsel of record through the CM/ECF system or by e-mail [*]:

BROWN & GOULD, LLP
Steven B. Gould
Jesse D. Stein
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLAR RUDMAN & DOWD LLP*
Stuart A. Davidson
Cullin A. O'Brien
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLAR RUDMAN & DOWD LLP*
Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

JOHNSON BOTTINI LLP*
Frank A. Bottini
501 West Broadway, Suite 1720
San Diego, CA 92101
*Counsel for Plaintiff*

STITES & HARBISON, PLLC
Robert E. Scully, Jr.
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
rscully@stites.com
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

DEBEVOISE & PLIMPTON LLP*
Maeve O'Connor
919 Third Avenue
New York, NY 10022
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

CRAIG C. REILLY
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5354
*Counsel for SRA Defendants: SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail R. Wilensky*

KIRKLAND & ELLIS LLP*
James P. Gillespie, P.C. (*pro hac vice*)
Matthew E. Papez, P.C. (*pro hac vice*)
Robert B. Gilmore (*pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
*Counsel for SRA Defendants: SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail R. Wilensky*

Dated:  July 13, 2011

      /s/ *Justin A. Torres*
Justin A. Torres (Va. Bar No. 77404)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8619
Fax: (202) 530-4216
*Counsel for Defendant Dr. Ernst Volgenau*