UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

------------------------------------------------------------------------x
::
ANDREI SINIOUKOV, Individually and on : 
Behalf of All Others Similarly Situated, :
::
Plaintiff, :
: No. 11 Civ. 447(LO)(TRJ)
- v. - :
::
SRA INTERNATIONAL, INC. et. al., :
::
Defendants. :
::
------------------------------------------------------------------------x

THE PROVIDENCE DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION TO LIFT THE STAY

Defendants Providence Equity Partners LLC, Sterling Parent Inc. and Sterling Merger Inc. (the "Providence Defendants") respectfully ask the Court to deny Plaintiff's motion to lift the stay that the imposed on May 20,2011 and for adjudication of Plaintiff's claim for injunctive relief.  For the reasons stated in the opposition brief submitted by SRA International, Inc. ("SRA"), which the Providence Defendants hereby incorporate by reference, there is no basis to lift the stay or enjoin the SRA shareholder vote.  In particular:

1. There have been no developments in the Delaware action that would justify lifting the stay on this case.  The Delaware plaintiff continues to prosecute its fiduciary duty claims – the same claims asserted here by Plaintiff – and there has been no settlement of any claims.  The fact that the Delaware plaintiff has decided, after extensive discovery and additional disclosures by SRA, not to seek to enjoin the shareholder vote is not a sufficient basis to lift the stay.

2.  The so-called "emergency" that Plaintiff claims is entirely of its own making. Plaintiff had every opportunity to follow the Court's advice and seek to intervene in the Delaware case. Having chosen not to do so, Plaintiff cannot claim that the impending shareholder meeting – which was announced weeks ago – justifies lifting the stay here in Virginia.

3.  Plaintiff has made no attempt to rectify, or even address, its complete failure to follow the procedural requirements set forth in the PSLRA. Even if the Court found that lifting the stay were otherwise justified, the PSLRA would still require that the case remain stayed.

4.  Finally, even if the Court were to lift the stay, Plaintiff has not properly brought a motion for a preliminary injunction, and in any case, does not come close to satisfying any part of the standard for granting such extraordinary relief. Even a small delay would put the entire transaction at risk and jeopardize the substantial economic benefit that the SRA shareholders stand to receive – a cash payment representing a premium of more than fifty percent over the unaffected price of SRA stock.

Dated: Alexandria, Virginia  STITES & HARBISON PLLC
       July 13, 2011

                                  By : /s/ Robert E. Scully, Jr.
                                  Robert E. Scully, Jr.(VSB No. 19218)
                                  1199 N. Fairfax Street, Suite 900
                                  Alexandria, Virginia 22314
                                  Tel: (703) 837-3929
                                  Fax: (703) 518-2959

Maeve O'Connor
Elliot Greenfield
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Defendants Providence Equity Partners LLC, Sterling Parent Inc. and Sterling Merger Inc.*

## CERTIFICATE OF SERVICE

      I certify that on this 13th day of July, 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing sent to the following counsel of record through the CM/ECF system or by e-mail [*]:

BROWN & GOULD, LLP
Steven B. Gould
Jesse D. Stein
7700 Old Georgetown Road, Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLAR RUDMAN & DOWD LLP*
Stuart A. Davidson
Cullin A. O'Brien
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLAR RUDMAN & DOWD LLP*
Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

JOHNSON BOTTINI LLP*
Frank A. Bottini
501 West Broadway, Suite 1720
San Diego, CA 92101
*Counsel for Plaintiff*

Craig C. Reilly*
111 Oronoco Street
Alexandria, VA 22314
*Counsel for SRA Defendants: SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane and Dr. Gail Wilensky*

GIBSON DUNN & CRUTCHER LLP*
John C. Millian
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
*Counsel for Defendant Dr. Ernst Volgenau*

      /s/ Robert E. Scully, Jr.
      Robert E. Scully, Jr.
      (VSB # 19218)
      Stites & Harbison, PLLC
      1199 N. Fairfax Street, Suite 900
      Alexandria, Virginia 22314
      Tel: (703) 837-3929
      Fax: (703) 518-2959
      rscully@stites.com
      *Counsel for Defendants Providence Equity Partners LLC, Sterling Parent, Inc. and Sterling Merger Inc.*