UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br>*v.*<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   No. 1:11cv447<br>)   (LO/TRJ)<br>)<br>)<br>)<br>) |

## DEFENDANT SRA INTERNATIONAL, INC.'S ERRATA FILING

Defendant SRA International, Inc. ("SRA") filed an incorrect version of the final proxy statement (Dkt. # 53-1). The document previously filed is the June 8, 2011 version of the *preliminary* proxy statement. The *final* version, filed with the SEC on June 15, 2011, is submitted herewith. A paper copy will be delivered to chambers, as well.

Dated: July 13, 2011

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX   (703) 549-2604
EMAIL craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2011, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record, or by email (*):

| | |
|---|---|
| Steven B. Gould<br>Jesse D. Stein<br>BROWN & GOULD, LLP<br>7700 Old Georgetown Rd.<br>Suite 500<br>Bethesda, MD 20814<br>*Counsel for Plaintiff* | Maeve O'Connor *<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br><br>    *and*<br><br>Robert E. Scully<br>STITES & HARBISON, PLLC<br>1199 N. Fairfax Street, Suite 900<br>Alexandria, Virginia 22314<br>*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>STUART A. DAVIDSON<br>CULLIN A. O'BRIEN<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>*Counsel for Plaintiff* | John C. Millian *<br>Justin A. Torres<br>GIBSON DUNN & CRUTCHER<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>*Counsel for Defendant Dr. Ernst Volgenau* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>RANDALL J. BARON<br>A. RICK ATWOOD, JR.<br>DAVID T. WISSBROECKER<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Counsel for Plaintiff* | JOHNSON BOTTINI, LLP*<br>FRANK A. BOTTINI<br>501 W. BROADWAY, SUITE 1720<br>SAN DIEGO, CA 92101<br>*Counsel for Plaintiff* |

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*