DATE: __07-14-11__        JUDGE: __O'GRADY__
                          Reporter: __N. Linnell__

START: __4:05__
FINISH: __5:17__

Civil Action Number: __1:11cv00447__

ANDREI SINIOUKOV

V.

SRA INTERNATIONAL, INC., et.al.

Appearances of Counsel for ( X) Pltf          ( X ) Deft
(  ) Matter is uncontested

Plaintiffs' Emergency [46] Motion to Lift Stay re [2] Motion for Preliminary Injunction

Argued: (  ) Taken under advisement   (X) Denied  ( ) Granted

( X ) Order to Follow