UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| ANDREI SINIOUKOV, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Case No. 1:11-cv-447 |
| | ) | |
| SRA INTERNATIONAL, INC., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

## ORDER

This matter comes before the Court on the Emergency Motion to Lift Stay (Dkt. No. 46) by Andrei Sinioukov. For the reasons explained in open court on July 14, 2011, and for good cause appearing the motion is hereby DENIED.

The Clerk is directed to remove this civil action from the active docket of the Court.

IT IS SO ORDERED.

July 14, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge