UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

_____

ANDREI SINIOUKOV, Individually and on )
    Behalf of All Others Similarly Situated, )
                                 )
              *Plaintiff,*      )
    *v.*                            )    No. 1:11cv447
                                   )      (LO/TRJ)
SRA INTERNATIONAL, INC., *et al.*, )
                                   )
            *Defendants.*    )

_____)

**DEFENDANT SRA INTERNATIONAL, INC.'S STATUS UPDATE**

      Pursuant to this Court's May 20, 2011 and July 14, 2011 Orders, Defendant SRA International, Inc. hereby submits this update concerning the status of the litigation pending in the Delaware Court of Chancery (*Southeast Pennsylvania Transportation Authority v. Volgenau, et al.*) (the "Delaware Action").  Defendants in the Delaware Action have withdrawn their motions to dismiss and instead have filed answers to Plaintiff's second amended complaint.  The parties are now proceeding to discovery (to the extent discovery is needed in addition to discovery taken in the preliminary injunction proceeding) and motion practice.  We anticipate the Court will set the matter for trial late this year or the first part of 2013.

Dated: January 25, 2012        Respectfully submitted,

                                    /s/ Craig C. Reilly
                                    Craig C. Reilly (VSB #20942)
                                    111 Oronoco Street
                                    Alexandria, Virginia 22314
                                    TEL (703) 549-5354
                                    FAX   (703) 549-2604
                                    EMAIL craig.reilly@ccreillylaw.com
                                    *Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>25th</u> day of January, 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record, or by email (*):

Steven B. Gould
Jesse D. Stein
BROWN & GOULD, LLP
7700 Old Georgetown Rd.
Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

Maeve O'Connor *
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

*and*

Robert E. Scully
STITES & HARBISON, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

John C. Millian *
Justin A. Torres
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Counsel for Defendant Dr. Ernst Volgenau*

JOHNSON BOTTINI, LLP*
FRANK A. BOTTINI
501 W. BROADWAY, SUITE 1720
SAN DIEGO, CA 92101
*Counsel for Plaintiff*

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Walensky*