UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) *Plaintiff*, ) ) *v.* ) ) SRA INTERNATIONAL, INC., *et al.*, ) ) *Defendants*. ) ) | No. 1:11cv447 (LO/TRJ) |

**DEFENDANT SRA INTERNATIONAL, INC.'S STATUS UPDATE**

Pursuant to this Court's May 20, 2011 and July 14, 2011 Orders, Defendant SRA International, Inc. hereby submits this update concerning the status of the litigation pending in the Delaware Court of Chancery (*Southeast Pennsylvania Transportation Authority v. Volgenau, et al.*) (the "Delaware Action"). The Defendants in the Delaware Action have filed a partial motion for judgment on the pleadings, which the Court of Chancery will hear on May 24, 2012. The Parties in the Delaware Action are proceeding with discovery. The Court of Chancery has entered a scheduling order which, among other things, contemplates that the Parties in Delaware Action will complete fact discovery by June 22, 2012, will complete expert discovery by August 24, 2012, and will file motions for summary judgment and to exclude experts by August 31, 2012. We anticipate that the Court of Chancery will set the matter for trial late this year or the first part of 2013**.**

Dated: April 24, 2012  Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX   (703) 549-2604
EMAIL craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record, or by email (*):

Steven B. Gould
Jesse D. Stein
BROWN & GOULD, LLP
7700 Old Georgetown Rd.
Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

Maeve O'Connor *
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

*and*

Robert E. Scully
STITES & HARBISON, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

John C. Millian *
Justin A. Torres
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Counsel for Defendant Dr. Ernst Volgenau*

JOHNSON BOTTINI, LLP*
FRANK A. BOTTINI
501 W. BROADWAY, SUITE 1720
SAN DIEGO, CA 92101
*Counsel for Plaintiff*

/s/ Craig C. Reilly
Craig C. Reilly VSB # 20942
111 Oronoco Street
Alexandria, Virginia 22314
TEL:   (703) 549-5354
FAX:   (703) 549-2604
EMAIL: craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky*