UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br>v.<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | No. 1:11cv447<br>(LO/TRJ) |

### DEFENDANT SRA INTERNATIONAL, INC.'S STATUS UPDATE

Pursuant to this Court's May 20, 2011 and July 14, 2011 Orders, Defendant SRA International, Inc. hereby submits this update concerning the status of the litigation pending in the Delaware Court of Chancery (*Southeast Pennsylvania Transportation Authority v. Volgenau, et al.*) (the "Delaware Action"). The Defendants in the Delaware Action filed a partial motion for judgment on the pleadings, for which the Court of Chancery held oral argument on May 24, 2012. That motion remains pending. The Parties in the Delaware Action are proceeding with discovery, and will be seeking an extension of the existing scheduling order, with fact discovery likely to close in August 2012 and expert discovery and summary judgment briefing occurring in September and October 2012. If the matter is not resolved on summary judgment, Defendants anticipate that the Court of Chancery will set the matter for trial during the first quarter of 2013.

Dated: July 16, 2012                                     Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX    (703) 549-2604
EMAIL craig.reilly@ccreillylaw.com
*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky*

*Of Counsel:*

James P. Gillespie
Robert B. Gilmore
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of July, 2012, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record, or by email (*):

| | |
|---|---|
| Steven B. Gould<br>Jesse D. Stein<br>BROWN & GOULD, LLP<br>7700 Old Georgetown Rd.<br>Suite 500<br>Bethesda, MD 20814<br>*Counsel for Plaintiff* | Maeve O'Connor *<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br><br>    *and*<br><br>Robert E. Scully<br>STITES & HARBISON, PLLC<br>1199 N. Fairfax Street, Suite 900<br>Alexandria, Virginia 22314<br>*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>STUART A. DAVIDSON<br>CULLIN A. O'BRIEN<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>*Counsel for Plaintiff* | John C. Millian *<br>Justin A. Torres<br>GIBSON DUNN & CRUTCHER<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>*Counsel for Defendant Dr. Ernst Volgenau* |
| ROBBINS GELLER RUDMAN*<br>& DOWD LLP<br>RANDALL J. BARON<br>A. RICK ATWOOD, JR.<br>DAVID T. WISSBROECKER<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>*Counsel for Plaintiff* | JOHNSON BOTTINI, LLP*<br>FRANK A. BOTTINI<br>501 W. BROADWAY, SUITE 1720<br>SAN DIEGO, CA 92101<br>*Counsel for Plaintiff* |

                    /s/ Craig C. Reilly
                    Craig C. Reilly VSB # 20942
                    111 Oronoco Street
                    Alexandria, Virginia 22314
                    TEL:   (703) 549-5354
                    FAX:   (703) 549-2604
                    EMAIL: craig.reilly@ccreillylaw.com
                    *Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky*