UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br>v.<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   No. 1:11cv447<br>)   (LO/TRJ)<br>)<br>)<br>)<br>) |

**DEFENDANT SRA INTERNATIONAL, INC.'S STATUS UPDATE**

Pursuant to this Court's May 20, 2011 and July 14, 2011 Orders, Defendant SRA International, Inc. ("SRA") hereby submits this update concerning the status of the litigation pending in the Delaware Court of Chancery (*Southeast Pennsylvania Transportation Authority v. Volgenau, et al.*) (the "Delaware Action"). On August 31, 2012, the Delaware Court of Chancery granted in part SRA's motion for judgment on the pleadings on Count IV of the Second Amended Complaint, finding that 8 *Del. C.*§ 124 precludes the Delaware plaintiff's claim that the merger was invalid because it contravened the equal per share payment of dividend clause in SRA's certificate of incorporation. On August 5, 2013, the Delaware Court of Chancery granted the Delaware Defendants' motions for summary judgment as to all counts.

On August 30, 2013, the plaintiff in the Delaware Action appealed to the Delaware Supreme Court. On February 5, 2013, the Delaware Supreme Court heard oral argument by the parties. After the argument, the Clerk of the Delaware Supreme Court advised that the decision in the Delaware Action is stayed until the Delaware Supreme Court decides the matter of *Kahn v.*

*M&F*, No. 334, 2013.  The Delaware Supreme Court's decision in the Delaware Action remains pending.

| | |
|---|---|
| Dated: February 24, 2014 | Respectfully submitted, |
| | /s/ Craig C. Reilly<br>Craig C. Reilly (VSB #20942)<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br>TEL (703) 549-5354<br>FAX   (703) 549-2604<br>EMAIL craig.reilly@ccreillylaw.com<br>*Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky* |

*Of Counsel:*

James P. Gillespie
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005
TEL (202) 879-5000
FAX (202) 879-5200

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2014, a true and correct copy of the foregoing pleading or paper was served using the Court's CM/ECF system, with electronic notification of such filing to the following counsel of record, or by email (*):

Steven B. Gould
Jesse D. Stein
BROWN & GOULD, LLP
7700 Old Georgetown Rd.
Suite 500
Bethesda, MD 20814
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
STUART A. DAVIDSON
CULLIN A. O'BRIEN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
*Counsel for Plaintiff*

ROBBINS GELLER RUDMAN*
& DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
655 West Broadway, Suite 1900
San Diego, CA 92101
*Counsel for Plaintiff*

Maeve O'Connor *
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022

      *and*

Robert E. Scully
STITES & HARBISON, PLLC
1199 N. Fairfax Street, Suite 900
Alexandria, Virginia 22314
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*

John C. Millian *
Justin A. Torres
GIBSON DUNN & CRUTCHER
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
*Counsel for Defendant Dr. Ernst Volgenau*

JOHNSON BOTTINI, LLP*
FRANK A. BOTTINI
501 W. BROADWAY, SUITE 1720
SAN DIEGO, CA 92101
*Counsel for Plaintiff*

      /s/ Craig C. Reilly
      Craig C. Reilly VSB # 20942
      111 Oronoco Street
      Alexandria, Virginia 22314
      TEL:  (703) 549-5354
      FAX:  (703) 549-2604
      EMAIL: craig.reilly@ccreillylaw.com
      *Counsel for defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Dr. Stanton D. Sloane, and Dr. Gail Wilensky*