UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDREI SINIOUKOV, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SRA INTERNATIONAL, INC., *et al.*,<br><br>*Defendants.* | No. 1:11cv447<br>(LO/TRJ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Joint Stipulation is made by and between Plaintiff Andrei Sinioukov and Defendants SRA International, Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Stanton D. Sloane, and Gail R. Wilensky (collectively, the "SRA Defendants"), Dr. Ernst Volgenau, Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc. with respect to the following facts and recitals, upon which the aforementioned parties stipulate to dismissal:

WHEREAS, a putative stockholder class action was filed in the Delaware Court of Chancery, captioned *Southeastern Pennsylvania Transit Authority v. Ernst Volgenau, et al.*, C.A. No. 6354-VCN (Del. Ch. filed Apr. 7, 2011) (the "Delaware Action"), arising out of the same facts;

WHEREAS, this action, Case No. 1:11cv447, was filed on April 25, 2011 in this Court;

WHEREAS, pursuant to Defendants' Motion to Stay, the Court ordered on May 20, 2011 and May 24, 2011 (Docket Nos. 37 and 45) that the action be stayed pending resolution of the Delaware Action;

WHEREAS, the Delaware Court of Chancery on August 5, 2013 granted the Delaware Action Defendants' motions for summary judgment as to all counts and dismissed the Delaware Action with prejudice;

WHEREAS, the Delaware Supreme Court affirmed on May 13, 2014 the Delaware Court of Chancery's decision;

WHEREAS, the time period for petitioning for rehearing of the Delaware Supreme Court's Order expired on May 28, 2014 without filing; and

WHEREAS, the Delaware Supreme Court issued a Mandate on May 29, 2014 to the Delaware Court of Chancery;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties that this action shall be dismissed with prejudice. As part of this Joint Stipulation of Dismissal, the parties agree as follows:

1. This action is dismissed with prejudice.
2. Each party shall bear his, her, or its own costs and attorneys' fees.
3. Notwithstanding paragraph 2 above, however, counsel for the Plaintiff reserve their right to make an application for a mootness fee in the Delaware Action related to the supplemental disclosures Defendants made on July 8, 2011. Defendants reserve the right to oppose such application.

Dated: June 2, 2014

/s/ Steven B. Gould
Steven B. Gould (VSB #45410)
Jesse D. Stein
BROWN & GOULD, LLP
7316 Wisconsin Avenue, Suite 200
Bethesda, MD 20814
Telephone: (301) 718-4548
Fax: (301) 718-8037
Email: sgould@brownandgould.com

Stuart A. Davidson
Cullin A. O'Brien
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Randall J. Baron
A. Rick Atwood, Jr.
David T. Wissbroecker
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058 or (800) 449-4900
Fax: (619) 231-7423

Frank A. Bottini
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Ave., Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002
*Counsel for Plaintiff*

SO ORDERED 6/4/14

/s/ [signature]
Liam O'Grady
United States District Judge

/s/ Craig C. Reilly
Craig C. Reilly (VSB #20942)
LAW OFFICE OF CRAIG C. REILLY
111 Oronoco Street
Alexandria, Virginia 22314
Telephone: (703) 549-5354
Fax: (703) 549-2604
Email: craig.reilly@ccreillylaw.com

James P. Gillespie, P.C.
KIRKLAND & ELLIS LLP
655 15th St. N.W.
Washington, DC 20005
Telephone: (202) 879-5212
Fax: (202) 879-5200

Robert B. Gilmore
STEIN MITCHELL MUSE CIPOLLONE & BEATO LLP
1100 Connecticut Avenue N.W., Suite 1100
Washington, DC 20036
Telephone: (202) 601-1589
Fax: (202) 296-8312
*Counsel for Defendants SRA International Inc., John W. Barter, Larry R. Ellis, Miles R. Gilburne, W. Robert Grafton, William T. Keevan, Michael R. Klein, Stanton D. Sloane, and Gail R. Wilensky*

/s/ Justin A. Torres
Justin A. Torres (VSB #77404)
John C. Millian
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 300
Washington, D.C. 20036
Telephone: (202) 955-8213
Fax: (202) 530-9566
*Counsel for Defendant Dr. Ernst Volgenau*

/s/ Robert E. Scully, Jr.
Robert E. Scully, Jr. (VSB #19218)
SITES & HARBISON, PLLC
1199 North Fairfax Street, Suite 900
Alexandria, VA 22314
Telephone: (703) 837-3929

Fax: (703) 518-2959
Email: rscully@stites.com

Maeve O'Connor
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
*Counsel for Defendants Providence Equity Partners LLC, Sterling Parent Inc., and Sterling Merger Inc.*